FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THERESA EIER, a single woman,<br><br>　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>LAURA AUKERMAN, both individually and in her official capacity as a City Council Member of the City of Dayton; and THE CITY OF DAYTON, WASHINGTON, a political subdivision of the State of Washington,<br><br>　　　　　　Defendants. | No. 4:24-CV-05007-SAB<br><br>**ORDER OF DISMISSAL** |

　　　Before the Court is the parties' Stipulation and Order of Dismissal, ECF No. 27. Plaintiff is represented by Janelle Carman-Wagner. Defendants are represented by Megan Clark, Rachelle McFetridge, and Patrick Keefe.

　　　Pursuant to Fed. R. Civ. P. 41, the parties request the Court dismiss this matter with prejudice and without an award of attorneys fees or costs to either party. The Court grants the request.

//

//

//

**ORDER OF DISMISSAL ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation and Order of Dismissal, ECF No. 27, is **GRANTED**.

2. All pending motions and deadlines are **STRICKEN**. This matter is **DISMISSED with prejudice** and without an award of attorneys fees or costs to either party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 10th day of June 2025.



_____
Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL ~ 2**